Dolbee v. Hoover.

P. A. DOLBEE v. L. W. HOOVER.

FINAL ORDER; *Practice.* The denial of a motion to dismiss an action made by the defendant, is not one of the orders of the district court from which error lies to the supreme court until the final disposition of the action in the court below.

*Error from Douglas District Court.*

HOOVER sued *Dolbee* before a justice of the peace, alleging that " defendant in April, 1870, unlawfully entered plaintiff's close," and there threw down a rail fence, and carried off the rails, by reason whereof cattle entered his field, and destroyed his crops. He claimed $241.00 damages. Trial was had, and judgment given for the plaintiff for $21.50, and costs. *Dolbee* appealed to the district court; and at the November Term, 1870, moved to " dismiss the cause, for the reason that the

justice had no jurisdiction of the action, the same being for trespass upon lands, and the judgment demanded exceeds the sum of one hundred dollars." The district court denied the motion, and *Dolbee* brings the case here by petition in error.

*Thacher & Banks*, for plaintiff in error.

*Barker & Summerfield*, for defendant in error.

The opinion of the court was delivered by

BREWER, J.: Plaintiff in error, defendant in an action before a justice of the peace, appealed from a judgment against him to the district court, and there moved to dismiss the case. That motion was overruled, and this he claims was error. It was decided by this court in *Brown v. Kimble*, 5 Kas., 80, that the " denial of a motion to dismiss an action made by the defendant is not one of the orders of the district court from which error lies to this court, until the final disposition of the action." That decision disposes of this case. See also *Edenfield v. Barnhart*, 5 Kas., 225.

All the Justices concurring.